UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CARY ELLIS MALONE** | **CIVIL ACTION NO. 3:17-CV-568** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **LA DEPT. OF SAFETY & CORRECTIONS, ET AL** | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE,** pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

**MONROE, LOUISIANA, this 6th day of July, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE